# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-2418

_____

Marcovous L. Williams

*Plaintiff - Appellant*

v.

Arkansas Department of Correction; Larry Norris, In his Official Capacity as
Director of Arkansas Department of Correction; Robert A. Parker, Mental Health
Administrator; Kay Howell, Warden, Wrightsville Unit; Roger Cameron; Kerry
Bakken, Clinical Supervisor; Sharon McGlothin, Unit Supervisor

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: April 4, 2014
Filed: July 3, 2014
[Unpublished]

_____

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Marcovous L. Williams appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination case. Williams alleged that she was subjected to a hostile-work environment because of her race and gender, in violation of Title VII and the Arkansas Civil Rights Act.

Upon careful de novo review and viewing the evidence in the light most favorable to Williams, this court disagrees with Williams that the district court improperly decided an issue of fact when the court concluded as a matter of law that a particular work-place incident was not severe enough to create a hostile-work environment. *See McMiller v. Metro*, 738 F.3d 185, 188 (8th Cir. 2013) (per curiam) (standard of review). Although Williams may have produced some evidence to show she was subjected to a hostile environment, we conclude the district court did not err in determining that she failed to offer evidence permitting an inference of discriminatory animus. *See Lewis v. Jacks*, 486 F.3d 1025, 1028 (8th Cir. 2007).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable D.P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas.